**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Sakinah A. Tanzil,

          Case No. 26-10268

     Plaintiff,

          Judith E. Levy

v.           United States District Judge

US Foods, Inc.,      Mag. Judge Curtis Ivy, Jr.

     Defendant.

_____/

**<u>ORDER STRIKING PLAINTIFF'S AMENDED COMPLAINT [13]</u>**

On June 2, 2026, Plaintiff Sakinah A. Tanzil, who appears to be pro se, filed an "amended complaint," which appears to be her second amended complaint. (ECF No. 13; *see also* ECF No. 1-2 (amended complaint).)

Federal Rule of Civil Procedure 15(a) governs amended pleadings (such as complaints) before trial). A party may amend its complaint once as a matter of course no later than 21 days after serving it. Fed. R. Civ. P. 15(a)(1). Here, Plaintiff's previous complaint was served upon Defendant US Foods on January 5, 2026. (ECF No. 1, PageID.2.) Over

21 days have passed since the previous complaint was served; as such, Plaintiff may not amend her complaint as a matter of course.[1]

In the event that a party cannot amend its complaint as a matter of course, "a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). Here, there is no indication that Plaintiff received Defendant's written consent to amend the complaint. Additionally, the Court has not given leave for Plaintiff to amend the complaint, nor has Plaintiff moved for leave to file an amended complaint. If Plaintiff wishes to file an additional amended complaint, she must file a motion asking permission to do so or receive written consent from Defendant to file an amended complaint.

For the reasons set forth above, Plaintiff's amended complaint (ECF No. 13) was not properly filed and is STRICKEN. That document is no longer part of the record.

Further, the Court notes that it ordered Plaintiff to inform the Court by June 5, 2026, whether she wishes to voluntarily dismiss the

---

[1] The Court also notes that the previous complaint appears to be an amended complaint. (ECF No. 1-2.) Even assuming that Rule 15(a) could apply to complaints that were originally amended in state court, Plaintiff's opportunity to amend her complaint pursuant to Rule 15(a) has long passed.

2

case or proceed without counsel. (ECF No. 12, PageID.56.) It appears that Plaintiff will be proceeding without counsel, otherwise known as proceeding pro se. Plaintiff must inform the Court if that conclusion is incorrect by June 11, 2026, or the Court will assume that Plaintiff intends to continue the case without counsel.

IT IS SO ORDERED.

Dated: June 4, 2026                    s/Judith E. Levy
Ann Arbor, Michigan                    JUDITH E. LEVY
                                       United States District Judge


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 4, 2026.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager

3